UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LARRY H. DUNN, JR.,

               Plaintiff,

v.                                             Case No. 15-cv-632-pp

DONALD STRAHOTA, et al.,

               Defendants.

---

**DECISION AND ORDER DENYING PLAINTIFF'S MOTION FOR
AN ORDER THAT HE NOT BE TRANSFERRED AND
THAT HE BE ALLOWED TO USE FUNDS FROM HIS RELEASE
ACCOUNT TO PAY FOR COPIES (DKT. NO. 50)**

---

This case, which was originally assigned to U.S. District Court Judge Charles Clevert, has been closed since June 30, 2016, when the parties filed a stipulation of dismissal. Dkt. No. 48. More than a year after the court terminated the case under that stipulation of dismissal, the plaintiff has filed a motion asking the court to order that he not be transferred off of "Q-Unit" or out of Oshkosh Correctional Institution, and that he be allowed to use funds from his release account to make copies of the filings in this case. Dkt. No. 50.

Judge Clevert has retired, so the clerk of court's office reassigned the case to this court. The court will deny the plaintiff's motion.

Because the plaintiff's case is closed, the court cannot grant the relief he seeks, especially because the requested relief has nothing to do with the claims that were at issue in his case. Even if an active case were pending before the court, the court would deny the plaintiff's motion. The court is reluctant to

1

interfere with a correctional institution's administrative policies and practices. The court leaves decisions on transfers within or between institutions and decisions relating to the use of prisoner funds and loans to the sound discretion of institution staff, who are better positioned to make such decisions.

The court notes that the plaintiff alleges in his motion that an unnamed officer is retaliating against him. If the plaintiff believes this officer is violating his constitutional rights, he may file a complaint after exhausting his administrative remedies.

Finally, the plaintiff asks the court to inform him of how much it would cost to get copies of the filings in Case No. 15-cv-632. The clerk of court's office indicates that the parties filed a total of 227 pages of documents in that case. Parties are required to pay $0.10 per page for copies. Thus, if the plaintiff would like a copy of every document filed in his now-closed case, he would be required to send the clerk of court's office $22.70.

The court **DENIES** the plaintiff's motion for an order that he not be transferred and that he be allowed to pay for copies with funds in his release account. Dkt. No. 50.

Dated in Milwaukee, Wisconsin this 25th day of September, 2017.

        **BY THE COURT:**

        _____
        **HON. PAMELA PEPPER**
        **United States District Court Judge**